**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TERRY L. BOLDRIDGE,**

     **Petitioner,**

**v.**                               **Case No.  5:23-cv-333-TKW-MAF**

**STATE OF FLORIDA,**

     **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 37).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner is not entitled to habeas relief.  Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Petitioner's amended §2254 habeas petition (Doc. 24) is DENIED.

3.     A certificate of appealability is DENIED.

4.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 17th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**